IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Applicant,<br>  v.<br><br>RECTOR, WARDENS, AND VESTRYMEN OF ST. ANDREWS PARISH IN SARATOGA,<br><br>        Respondent.<br>_____/ | NO. 06-80200   JW<br><br>**ORDER VACATING HEARING ON APPLICATION FOR ORDER ENFORCING ADMINISTRATIVE SUBPOENA** |

Pursuant to Civil Local Rule 7-1(b), the Court deems the EEOC Application for Order Enforcing Administrative Subpoena submitted without oral argument. Accordingly, the hearing currently scheduled for September 11, 2006 is vacated.

Dated: September 6, 2006

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Tracy E. Loftesness tlofteness@hopkinscarley.com
Richard M. Noack rnoack@hopkinscarley.com
David F. Offen-Brown David.Offen-Brown@eeoc.gov
Linda S. Ordonio-Dixon linda.ordonio-dixon@eeoc.gov
William R. Tamayo william.tamayo@eeoc.gov

**Dated: September 6, 2006**                                      **Richard W. Wieking, Clerk**

                                                                                  **By:  /s/ JW Chambers
                                                                                          Elizabeth Garcia
                                                                                          Courtroom Deputy**